*State, Respondent, v. Saykao, Petitioner*, No. 93378-2. Petition for review of a decision of the Court of Appeals, No. 73250-1-I, June 6, 2016, 194 Wn. App. 1021. *Denied* November 2, 2016.

*State, Respondent, v. Tricomo, Petitioner*, No. 93379-1. Petition for review of a decision of the Court of Appeals, No. 47238-4-II, April 26, 2016, 193 Wn. App. 1037. *Denied* November 2, 2016.

*Boise, Petitioner, v. Emp't Sec. Dep't, Respondent*, No. 93383-9. Petition for review of a decision of the Court of Appeals, No. 33202-1-III, June 14, 2016, 194 Wn. App. 1033. *Denied* November 2, 2016.

*State, Respondent, v. McEvoy, Petitioner*, No. 93388-0. Petition for review of a decision of the Court of Appeals, No. 46795-0-II, June 14, 2016, 194 Wn. App. 1031. *Denied* November 2, 2016.

*State, Respondent, v. Serrano Berrios, Petitioner*, No. 93394-4. Petition for review of a decision of the Court of Appeals, No. 33271-3-III, June 9, 2016, 194 Wn. App. 1024. *Denied* November 2, 2016.

*Triplett et al., Respondents, v. Dep't of Soc. & Health Servs. et al., Petitioners*, No. 93397-9. Petition for review of a decision of the Court of Appeals, No. 32121-5-III, April 21, 2016, 193 Wn. App. 497. *Denied* November 2, 2016.

*In re Marriage of Kaplan*, No. 93398-7. Petition for review of a decision of the Court of Appeals, Nos. 73119-0-I and 73492-0-I, June 13, 2016, 194 Wn. App. 1027. *Denied* November 2, 2016.

*State, Respondent, v. Ohnemus, Petitioner*, No. 93399-5. Petition for review of a decision of the Court of Appeals, No. 47445-0-II, June 21, 2016, 194 Wn. App. 1039. *Denied* November 2, 2016.